EDWARD J. CASEY (State Bar No. 119571)
WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP
444 South Flower Street, Forty Third Floor
Los Angeles, California 90071-2901
Telephone: (213) 623-2322
Facsimile: (213) 623-0824

Attorneys for Plaintiff and Counterdefendant
PANOS SKLAVENITIS



## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANO SKLAVENITIS, an individual, | Case No. 95-8542 CBM(JGx) |
| Plaintiff, | JOINT STIPULATION FOR DISMISSAL OF COMPLAINT, COUNTER-CLAIMS AND CROSS-CLAIMS [AND PROPOSED ORDER THEREON] |
| v. | |
| ELI COHEN, an individual; JUDITH TOTH, an individual; JAMES WATSON, an individual; DANA MACKAY, an individual; MARK KALE, an individual; AMERICAN REAL ESTATE HOLDINGS, a partnership; RALPHS GROCERY COMPANY, a Delaware corporation; and FEDERATED DEPARTMENT STORES, INC., a Delaware corporation, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | |



The parties hereto, by and through their respective counsel of record, stipulate to agree as follows:

1. That the First Amended Complaint filed by the plaintiff herein against all defendants on or about March 28, 1996 shall be dismissed with prejudice in its entirety;

2. That the Counter-claims and Cross-claims filed herein by defendant American Real Estate Holdings on or about February 9, 1996 shall be dismissed with prejudice

FEB 10 2000

126.

as to the parties to this Stipulation and without prejudice as to all others;

3. That the Counter-claims and Cross-claims filed herein by defendants James Watson, Dana Mackay, and Mark Kale on or about February 16, 1996 shall be dismissed with prejudice as to the parties to this Stipulation and without prejudice as to all others;

4. That the Counter-claims and Cross-claims filed herein by defendants Eli Cohen and Judith Toth on or about March 4, 1996 shall be dismissed with prejudice as to the parties to this Stipulation and without prejudice as to all others;

5. That the Counter-claims and Cross-claims filed herein by defendant Federated Department Stores, Inc. on or about February 13, 1996 and October 1, 1997 shall be dismissed with prejudice as to the parties to this Stipulation and without prejudice as to all others;

6. That the Third Party Claims filed herein by defendant Federated Department Stores, Inc. on or about October 1, 1997 shall be dismissed with prejudice as to Calsol, Inc. and without prejudice as to all others; and

7. That each party is to bear its own expenses, costs, and attorneys' fees with respect to this litigation.

8. This Stipulation may be signed in counterpart by counsel.

DATED: January 31, 2000

WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP

_____
Edward J. Casey
Attorneys for Plaintiff PANOS SKLAVENITIS

DATED: January 27, 2000

JONES, DAY REAVIS & POGUE

_____
Erin Nolan
Attorneys for Defendant FEDERATED DEPARTMENT STORES, INC.

315038.1

| | | |
|---|---|---|
| 1 | DATED: January 27, 2000 | **FRANDZEL, SHARE, ROBINS, KAPLAN & BLOOM** |
| 2 | | |
| 3 | | |
| 4 | | _____ |
| 5 | | Grant K. Riley |
| | | Attorneys for Defendants JAMES WATSON, DANA MacKAY and MARK D. KALE |
| 6 | | |
| 7 | DATED: January ___, 2000 | **YAMAMOTO & YAMAMOTO, LLP** |
| 8 | | |
| 9 | | _____ |
| 10 | | Andrew Yamamoto |
| | | Attorneys for Defendant AMERICAN REAL ESTATE HOLDINGS |
| 11 | | |
| 12 | DATED: January ___, 2000 | **LAW OFFICES OF MIKE HICKOK** |
| 13 | | |
| 14 | | _____ |
| | | Mike Hickok |
| 15 | | Attorneys for Defendant RALPHS GROCERY COMPANY |
| 16 | | |
| 17 | DATED: January ___, 2000 | **HAIGHT, BROWN & BONESTEEL, LLP** |
| 18 | | |
| 19 | | _____ |
| | | Farah Nicol |
| 20 | | Attorneys for Defendants ELI COHEN and JUDITH TOTH |

WESTON BENSHOOF ROCHEFORT RUBALCAVA MACCUISH LLP
444 South Flower Street, Forty Third Floor
Los Angeles, California 90071-2901
(213) 623-2322

3

315038.1

| | |
|---|---|
| DATED: January ___, 2000 | **FRANDZEL, SHARE, ROBINS, KAPLAN & BLOOM** |
| | _____<br>Grant K. Riley<br>Attorneys for Defendants JAMES WATSON, DANA MacKAY and MARK D. KALE |
| DATED: January **27**, 2000 | **YAMAMOTO & YAMAMOTO, LLP** |
| | _____<br>Andrew Yamamoto<br>Attorneys for Defendant AMERICAN REAL ESTATE HOLDINGS |
| DATED: January ___, 2000 | **LAW OFFICES OF MIKE HICKOK** |
| | _____<br>Mike Hickok<br>Attorneys for Defendant RALPHS GROCERY COMPANY |
| DATED: January ___, 2000 | **HAIGHT, BROWN & BONESTEEL, LLP** |
| | _____<br>Farah Nicol<br>Attorneys for Defendants ELI COHEN and JUDITH TOTH |

4

315038.1

| | | |
|---|---|---|
| DATED: January ___, 2000 | | **FRANDZEL, SHARE, ROBINS, KAPLAN & BLOOM** |

_____
Grant K. Riley
Attorneys for Defendants JAMES WATSON, DANA MacKAY and MARK D. KALE

DATED: January ___, 2000    **YAMAMOTO & YAMAMOTO, LLP**

_____
Andrew Yamamoto
Attorneys for Defendant AMERICAN REAL ESTATE HOLDINGS

DATED: January 26, 2000    **LAW OFFICES OF MIKE HICKOK**

_____
Mike Hickok
Attorneys for Defendant RALPHS GROCERY COMPANY

DATED: January ___, 2000    **HAIGHT, BROWN & BONESTEEL, LLP**

_____
Farah Nicol
Attorneys for Defendants ELI COHEN and JUDITH TOTH

5

315038.1

| | |
|---|---|
| DATED: January ___, 2000 | **FRANDZEL, SHARE, ROBINS, KAPLAN & BLOOM** |

_____
Grant K. Riley
Attorneys for Defendants JAMES WATSON, DANA MacKAY and MARK D. KALE

DATED: January ___, 2000        **YAMAMOTO & YAMAMOTO, LLP**

_____
Andrew Yamamoto
Attorneys for Defendant AMERICAN REAL ESTATE HOLDINGS

DATED: January ___, 2000        **LAW OFFICES OF MIKE HICKOK**

_____
Mike Hickok
Attorneys for Defendant RALPHS GROCERY COMPANY

DATED: January 26, 2000         **HAIGHT, BROWN & BONESTEEL, LLP**

_____
Farah Nicol
Attorneys for Defendants ELI COHEN and JUDITH TOTH

6

315038.1

DATED: January 26, 2000

LaFOLLETTE, JOHNSON, DeHASS, FESLER & AMES

_____
Elizabeth Flatley
Attorneys for Third-Party Defendant CALSOL

## ORDER

IT IS SO ORDERED.

Dated: FEB 8 2000, 2000

_____
United States District Court Judge

7

315038.1

# PROOF OF SERVICE

I, LAURA CENICEROS, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish, 444 South Flower Street, Forty-Third Floor, Los Angeles, CA 90071-2901. I am over the age of eighteen years and not a party to the action in which this service is made.

On **February 7, 2000**, I served the document(s) described as **JOINT STIPULATION FOR DISMISSAL OF COMPLAINT, COUNTER-CLAIMS AND CROSS-CLAIMS [AND PROPOSED ORDER THEREON]** in the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

**[SEE ATTACHED SERVICE LIST]**

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 444 South Flower Street, Los Angeles, California 90071-2901 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at McClintock, Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 444 South Flower Street, Los Angeles, California 90071-2901.

☐ BY FEDERAL EXPRESS  ☐ UPS NEXT DAY AIR  ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS  ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS  ☐ UPS  ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at McClintock, Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 444 South Flower Street, Los Angeles, California 90071-2901 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ [State]  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]  I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2000, at Los Angeles, California.

Laura Ceniceros

315038.1

8

Sklavenitis v. Cohen, et al.
United States District Court - Central
Case No. 95-8542 CBM (JGx)

| | |
|---|---|
| Grant Riley, Esq.<br>Frandzel, Share, Robins, Kaplan & Bloom<br>500 Wilshire Boulevard, 17th Floor<br>Los Angeles, CA  90048-4920 | Counsel for Defendants<br>**JAMES R. WATSON, JOHN MacKAY<br>and MARK D. KALE** |
| Erin Nolan, Esq.<br>Jones, Day, Reavis & Pogue<br>555 West Fifth Street, Suite 4600<br>Los Angeles, California  90013-1025 | Counsel for Defendant<br>**FEDERATED DEPARTMENT STORES, INC.** |
| Farah Nicol, Esq.<br>Haight, Brown & Bonesteel<br>1620 26th Street, Suite 4000 North<br>Santa Monica, CA  90404 | Counsel for Defendant<br>**ELI COHEN and JUDITH TOTH** |
| Andrew Yamamoto, Esq.<br>Yamamoto & Yamamoto, LLP<br>12100 Wilshire Boulevard, Suite 710<br>Los Angeles, California  90025 | Counsel for Defendant<br>**AMERICAN REAL ESTATE HOLDINGS** |
| Mike Hickok, Esq.<br>Law Offices of Mike Hickok<br>2121 Avenue of the Stars, Ste. 1700<br>Los Angeles, California  90067 | Counsel for Defendant<br>**RALPHS GROCERY COMPANY** |
| Elizabeth Scherer, Esq.<br>LaFollette, Johnson, DeHass,<br> Fesler & Ames<br>2677 N. Main Street, Suite 901<br>Santa Monica, California  92705 | Counsel for Third-Party Defendant<br>**CALSOL** |

315038.1