UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER - GENERAL

SEND

Case No. CV 95-8542 CBM                         Apr. 4, 2000
       Panos Sklavenitis v Eli Cohen, et al

===============================================================

===============================================================

PRESENT:
        HONORABLE CONSUELO B. MARSHALL          , DISTRICT JUDGE


Joseph M. Levario                          n/a      recorder
Courtroom Deputy Clerk

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:
    n/a                                    n/a


Proceedings:

On the Court's own motion, the Minute Order issued March 23, 2000 is vacated and set aside. (Case Terminated)

Initials of Deputy Clerk

ENTERED ON ICMS
APR 7 2000

129